UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONY DAVID MAZUETA MUNOZ, CINDY E. BRITO REYES, and ELVIN ALCANTARA RODRIGUEZ,<br><br>                      Plaintiffs,<br><br>-against-<br><br>640, LLC and JASON FEINMAN,<br><br>                      Defendants. | Docket No.: 1:19-cv-5751<br><br>**JURY DEMAND** |

      **PLEASE TAKE NOTICE**, that pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendants request a trial by jury on all issues.

Dated: Brooklyn, New York
       October 11, 2019

                                                    **ROSSMAN LAW FIRM, LLC**

                                                  /s/ Todd A. Rossman
                                   By: _____
                                       TODD A. ROSSMAN, ESQ.
                                       Attorneys for Defendant
                                       640, LLC and JASON FEINMAN
                                       180 Montague Street, #29E
                                       Brooklyn, NY 11201
                                       P: 973-722-3315
                                       E: tar@rossmanlawfirm.com

**TO:**    Zachary Steven Rosenberg, Esq.
           ROZENBERG & ASSOCIATES, P.C.
           Attorneys for Plaintiff
           1811 Quentin Road
           Brooklyn, NY 11229
           888-850-3633