UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

LEONY DAVID MAZUETA MUNOZ,
CINDY E. BRITO REYES, and
ELVIN ALCANTARA RODRIGUEZ,

                Plaintiffs,

      -against-

640, LLC and JASON FEINMAN,

                Defendants.

---

Civil Action No.: 1:19-cv-5751

RULE 7.1 DISCLOSURE
STATEMENT

---

      Defendant, 640, LLC, as and for its disclosure pursuant to Federal Rule of Civil Procedure

7.1, states as follows:

      640, LLC does not have a parent corporation.

      No publicly held corporation owns 10% or more of 640, LLC's stock.

Dated:  Brooklyn, New York
        October 11, 2019

                **ROSSMAN LAW FIRM, LLC**

                  */s/ Todd A. Rossman*
                By: _____
                  **TODD A. ROSSMAN, ESQ.**
               *Attorneys for the Defendants,*
               **640, LLC and JASON FEINMAN**
               180 Montague Street, #29E
               Brooklyn, New York 11201
               P: 973.722.3315
               E. tar@rossmanlawfirm.com

**TO:**  Zachary Steven Rosenberg, Esq.
      ROZENBERG & ASSOCIATES, P.C.
      Attorneys for Plaintiffs
      1811 Quentin Road
      Brooklyn, New York 11229
      (888) 850-3633