# ROSSMAN LAW FIRM, LLC

180 Montague Street, Suite 29E
Brooklyn, New York 11201
Phone:  973-722-3315
Email:  tar@rossmanlawfirm.com
W: www.rossmanlawfirm.com

Todd A. Rossman, Esq.                                                                            New Jersey Office:
*Licensed in New York and New Jersey*                                        36 Cattano Avenue, Suite 6000
                                                                                                      Morristown, New Jersey 07962

March 11, 2020

**VIA ECF**
Hon. Brian M. Cogan, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Chambers 704S
Brooklyn, New York 11201

        Re:    Munoz v. 640, LLC
                  Civil Action No.: 1:19-cv-5751-BMC

Dear Judge Cogan:

    This firm represents Defendants in the above matter.

    I came down with a cold this weekend that caused me to adjourn Plaintiff's, Elvin Alcantara, deposition scheduled for Monday.  We have rescheduled it for March 23, 2020 and my client is now scheduled for March 30, 2020.

    Out of an abundance of caution and respect for the court and my colleague, I am respectfully requesting permission to appear by phone for tomorrow's 10:30 a.m. conference.  If Your Honor requires my appearance in person, I respectfully request the opportunity to confer with Mr. Rozenberg and provide the court with convenient dates.

                                  Respectfully submitted,

                                  */s/ Todd A. Rossman*

                                  Todd A. Rossman

cc:    Zachary Rozenberg, Esq. – via ECF