UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONY DAVID MAZUETA MUNOZ, CINDY E. BRITO REYES, and ELVIN ALCANTARA RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>640 LLC and JASON FEINMAN,<br><br>Defendants. | No. 19-CV-5751 (BMC) |

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Please take notice of the following attorney information change(s) for: ZACHARY STEVEN ROZENBERG

OLD INFO:   FIRM NAME: Rozenberg & Associates, P.C.
            FIRM ADDRESS: 1811 Quentin Road, Brooklyn NY 11229
            FIRM TELEPHONE NUMBER: 888-850-3633
            FIRM FAX NUMBER: 718-395-1747

NEW INFO:   FIRM NAME: Rozenberg & Associates, P.C.
            FIRM ADDRESS: 1601 Gravesend Neck Road, Suite 903A, Brooklyn NY 11229
            FIRM TELEPHONE NUMBER: 888-850-3633
            FIRM FAX NUMBER: 718-395-1747

Date: September 03, 2020

Respectfully Submitted,

Attorneys for Plaintiff

Zachary Rozenberg
Rozenberg & Associates, P.C.
1811 Quentin Road,
Brooklyn, NY 11229
Tel: 888-850-3633
Email: zachary@rozenbergassociates.com

i