# ROSSMAN LAW FIRM, LLC

180 Montague Street, Suite 29E
Brooklyn, New York 11201
Phone: 973-722-3315
Email: tar@rossmanlawfirm.com
W: www.rossmanlawfirm.com

Todd A. Rossman, Esq.                                                                 New Jersey Office:
*Licensed in New York and New Jersey*                                    36 Cattano Avenue, Suite 6000
                                                                                              Morristown, New Jersey 07962

April 7, 2021

**VIA ECF**
Hon. Brian M. Cogan, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Chambers 704S
Brooklyn, New York 11201

        Re:    Munoz v. 640, LLC
                  Civil Action No.: 1:19-cv-5751-BMC

Dear Judge Cogan:

      This firm represents Defendants in the above matter. We acknowledge receipt of the court's notice scheduling this matter for a Pretrial Conference on April 28, 2021. I have conferred with Plaintiff's counsel, Zachary Rozenberg, Esq., and we are respectfully submitting this correspondence as a joint request to adjourn the Pretrial Conference for sixty (60) days. This is the first time the Pretrial Conference has been scheduled and there have been no previous adjournment requests.

      This is an auto personal injury negligence case involving three (3) Plaintiffs. All discovery in this matter has been completed with the exception of serving Defendants' medical expert reports and Plaintiffs' final medical narrative reports. While Defendants' orthopedic expert, Dr. Jeffrey Klein, was preparing his reports, the CDs of diagnostic imaging from all three Plaintiffs were found to be defective. To that end, we had to obtain additional medical authorizations from counsel and send them to the facility to produce new films. Due to COVID-19 reasons, it took an inordinate amount of time to receive them. We finally received them and they were forwarded to Dr. Klein on March 17, 2021. Dr. Klein has requested additional time to complete the reports and Plaintiffs need additional time to serve their reports as well. The parties will not be deposing the experts, it will be a simple exchange of reports.

      In addition, my client wishes to explore settlement once the reports are received.

To that end, we are respectfully requesting a sixty (60) day adjournment of the Pretrial Conference.

                         Respectfully submitted,

                         *Todd A. Rossman*

                         Todd A. Rossman

cc:     Zachary Rozenberg, Esq. – via ECF