# ROSSMAN LAW FIRM, LLC

180 Montague Street, Suite 29E
Brooklyn, New York 11201
Phone:  973-722-3315
Email:  tar@rossmanlawfirm.com
W: www.rossmanlawfirm.com

| | |
|---|---|
| Todd A. Rossman, Esq.<br>*Licensed in New York and New Jersey* | New Jersey Office:<br>36 Cattano Avenue, Suite 6000<br>Morristown, New Jersey 07962 |

September 1, 2021

**VIA ECF**
Hon. Brian M. Cogan, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Chambers 704S
Brooklyn, New York 11201

        Re: Munoz v. 640, LLC
        Civil Action No.: 1:19-cv-5751-BMC

Dear Judge Cogan:

    This firm represents Defendants in the above matter.  I have conferred with Plaintiff's counsel, Zachary Rozenberg, Esq., and we are respectfully submitting this joint response to the Order to Show Cause regarding the late filing of our Joint Pretrial Order ("JPO").

    We are extremely apologetic for the late filing and offer the honest reason that the date to file it was missed by both of our offices and not on our respective calendars.  The JPO was submitted today – six (6) days before the September 7, 2021 Pretrial Conference.

    We are respectfully requesting sanctions not be imposed because the parties agree with everything contained in the JPO and how the trial will be conducted.  While we are very respectful about the court's time, there should be no major issues to be decided at the Pretrial Conference or significant amount of time to prepare for same.

    Based on the foregoing, we respectfully request that no sanctions be imposed.

        Respectfully submitted,

        /s/ Todd A. Rossman

        Todd A. Rossman

cc via ECF: Zachary Rozenberg, Esq.