**Rozenberg & Associates, PC**

*Attorneys At Law*

1601 Gravesend Neck Road, Suite 903A
Brooklyn, New York 11229

Fax: 718-395-1747   Tel: 888-850-3633

info@zratlaw.com

September 03, 2021

**VIA ECF**
Hon. Brian M. Cogan, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Chambers 704S
Brooklyn, New York 11201

Re: Munoz v. 640, LLC
Civil Action No.: 1:19-cv-5751-BMC

Dear Judge Cogan:

This firm represents Plaintiffs in the above matter. I have conferred with Defendant's counsel, Todd Rossman, Esq., who has no objection. I respectfully request the Final Pretrial Conference set for September 07, 2021 be adjourned to September 17, 2021.

I ask for this adjournment because I will be out of the Country from September 07, 2021, returning September 15, 2021. September 16, 2021 is Yom Kippur and I will not be working that day.

I respectfully requesting the adjournment be granted because there will be no way for me to appear otherwise.

Respectfully submitted,

Zachary S. Rozenberg, Esq.

cc via ECF: Todd A. Rossman, Esq.